Tom CARTLEDGE, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2008–3133.

United States Court of Appeals,
Federal Circuit.

Feb. 25, 2008.

## ORDER

Order Vacated, See 2008 WL 907491.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Alice W. JOHNSON, Claimant–
Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2008–7048.

United States Court of Appeals,
Federal Circuit.

Feb. 25, 2008.

Alice W. Johnson, pro se.

## ORDER

Order Vacated, See 2008 WL 907456.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.